**Donald Ivan McCRAY, Plaintiff–Appellant,**

v.

**CHAPEL HILL POLICE DEPARTMENT; Rebecca Koch, Sergeant, Chapel Hill Police, Defendants–Appellees.**

No. 08–6495.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 21, 2008.

Decided: Aug. 26, 2008.

Donald Ivan McCray, Appellant Pro Se. Kari Russwurm Johnson, Cranfill, Sumner & Hartzog, LLP, Raleigh, North Carolina, for Appellee.

Before WILLIAMS, Chief Judge, and KING and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Ivan McCray appeals the district court's * order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McCray v. Chapel Hill Police Dep't,* No. 1:06–cv–00984–PTS, 2008 WL 762260 (M.D.N.C., Mar. 19, 2008). We also deny McCray's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* The parties consented to referral to a magistrate judge for final disposition under 28